2002–0178.   Franklin Twp. Bd. of Trustees v. Armentrout.

Portage App. No. 2000–P–0082, 2001-Ohio-8719. Reported at 95 Ohio St.3d 1422, 2002-Ohio-1737, 766

N.E.2d 162. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.